**Order entered January 3, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00362-CV

### NINA D. WHITE, Appellant

### V.

### GUADALUPE PADILLA, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08917**

## ORDER

Before the Court is appellant's December 30, 2016 motion to extend time to file her amended brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by January 25, 2017.

/s/ ELIZABETH LANG-MIERS
   JUSTICE